**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gary L. FINKLEA, Defendant–**
**Appellant.**

**No. 11–13376**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 12, 2012.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Shaniek Mills Maynard, Kathleen M. Salyer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

---

Peter Vincent Birch, Federal Public Defender's Office, West Palm Beach, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before WILSON, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Gary Finklea appeals his sentence of 180 months of imprisonment following his plea of guilty to being a felon in possession of a firearm and ammunition. 18 U.S.C. § 922(g)(1). Finklea argues that the district court violated his rights under the Fifth and Sixth Amendments by sentencing him as a career criminal based on prior convictions that were neither charged in his indictment nor admitted by him. Finklea's argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 226–27, 118 S.Ct. 1219, 1222, 140 L.Ed.2d 350 (1998), and Finklea acknowledges that we are "bound to follow *Almendarez–Torres* unless and until the Supreme Court itself overrules that decision." *United States v. Thomas*, 242 F.3d 1028, 1035 (11th Cir.2001).

We **AFFIRM** Finklea's sentence.